IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DONALD RAY WILLIAMS, SR., #585282 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv737 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the lawsuit is **DISMISSED** without prejudice in light of the sanctions imposed in *In re Williams*, Case No. 6:98mc30. All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 9th day of October, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**